FILED
January 7, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: __JR__
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO YEPSON SCOBELL,<br><br>Defendant. | Case No: EP:26-CR-00002-KC<br><br>**I N D I C T M E N T**<br><br>CT 1: 31 U.S.C. § 5332(a)(1) and (b) - Bulk Cash Smuggling.<br><br>*Notice of Government's Demand for Forfeiture* |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about December 11, 2025, in the Western District of Texas, the Defendant,

**FRANCISCO YEPSON SCOBELL,**

with the intent to evade filing a report as prescribed by the Secretary of Treasury, as required by Title 31, United States Code, Section 5316, did knowingly conceal more than $10,000 in currency or other monetary instruments on his person and in a conveyance, and did transport and attempt to transport such currency or monetary instruments from a place within the United States to a place outside the United States, in violation of Title 31, United States Code, Section 5332.

### NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

#### I.
#### Bulk Cash Smuggling Violation and Forfeiture Statutes
[Title 31 U.S.C. § 5332(a)(1) and (b), subject to criminal forfeiture pursuant to Title 31 U.S.C. § 5332(b)(2)]

As a result of the criminal violation set forth above, the United States gives notice to Defendant **FRANCISCO YEPSON SCOBELL** of its intent to seek the forfeiture of the property

described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 31 U.S.C. § 5332(b)(2), which states:

> **Title 31 U.S.C. § 5332. Bulk Cash Smuggling into or out of the United States**
>
> **(b) Penalty.—**
> * * *
>> **(2) Forfeiture.—** In addition, the court, in imposing sentence under paragraph (1), shall order that the defendant forfeit to the United States, any property, real or personal, involved in the offense, and any property traceable to such property.

This Notice of Demand for Forfeiture includes but is not limited to the property described in Paragraph II.

## II.
## Property

1. $12,090.00, more or less, in United States currency; and
2. Any and all property constituting and/or derived from, or property used or intended to be used in the commission of the criminal offense.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY:_____
   Assistant United States Attorney